MDL,TERMED

# U.S. District Court – District of Colorado
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: 1:25–mc–00121–NYW

| | |
|---|---|
| Uber Technologies, Inc. et al v. Express Digital Services, LLC et al | Date Filed: 12/22/2025 |
| Assigned to: Judge Nina Y. Wang | Date Terminated: 04/02/2026 |
| Cause: Civil Miscellaneous Case | Nature of Suit: 890 Other Statutory Actions |
| | Jurisdiction: Federal Question |

**Petitioner**

**Uber Technologies, Inc.**                    represented by **Daniel Edward Rohner**
Shook Hardy & Bacon LLP
1660 17th Street
Suite 450
Denver, CO 80202
303–285–5300
Fax: 303–285–5301
Email: drohner@shb.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Petitioner**

**Raiser, LLC**                    represented by **Daniel Edward Rohner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Petitioner**

**Raiser–CA, LLC**                    represented by **Daniel Edward Rohner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Express Digital Services, LLC**                    represented by **Kelly Twigger**
ESI Attorneys LLC
2535 Table Mesa Drive
Boulder, CO 80305
720–370–0435
Email: ktwigger@esiattorneys.com
*ATTORNEY TO BE NOTICED*

**Respondent**

**Shawn Graft**                    represented by **Kelly Twigger**
*doing business as*                    (See above for address)
Express Digital Services, LLC                    *ATTORNEY TO BE NOTICED*

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 12/22/2025 | ï 1 | Petitioner's Motion to Transfer Proceeding to Enforce Subpoenas Duces Tecum Issued by the U.S. District Court for the Northern District of California to the Issuing Court or to Compel Compliance with Subpoenas by Plaintiffs Raiser, LLC, Raiser−CA, LLC, Uber Technologies, Inc.. (Attachments: # 1 Declaration, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit, # 8 Exhibit)(eguth, ) Modified on 1/16/2026 to reinstate per #11 MDL Order. (sphil, ). (Entered: 12/22/2025) |
| 12/22/2025 | ï 2 | PAYMENT RECEIVED from Raiser, LLC, Raiser−CA, LLC, Uber Technologies, Inc. in the amount of $ $52.00; Receipt Number 116482; (eguth, ) (Entered: 12/22/2025) |
| 12/23/2025 | ï 3 | SUMMONS REQUEST as to Express Digital Services, LLC re 1 MOTION to Compel by Plaintiffs Raiser, LLC, Raiser−CA, LLC, Uber Technologies, Inc.. (Rohner, Daniel) (Entered: 12/23/2025) |
| 12/23/2025 | ï 4 | SUMMONS REQUEST as to Shawn Graft d/b/a Express Digital Services, LLC re 1 MOTION to Compel by Plaintiffs Raiser, LLC, Raiser−CA, LLC, Uber Technologies, Inc.. (Rohner, Daniel) (Entered: 12/23/2025) |
| 12/26/2025 | ï 5 | SUMMONS issued by Clerk. (agryan) (Entered: 12/26/2025) |
| 01/09/2026 | ï 6 | NOTICE of Entry of Appearance by Kelly Twigger on behalf of All Defendants Attorney Kelly Twigger added to party Express Digital Services, LLC(pty:dft), Attorney Kelly Twigger added to party Shawn Graft(pty:dft) (Twigger, Kelly) (Entered: 01/09/2026) |
| 01/13/2026 | ï 7 | MOTION for Extension of Time to File Response/Reply as to 1 MOTION to Compel by Defendants Express Digital Services, LLC, Shawn Graft. (Attachments: # 1 Declaration)(Twigger, Kelly) Modified on 1/16/2026 to reinstate Motion per #11 MDL Order.(sphil, ). (Entered: 01/13/2026) |
| 01/13/2026 | ï 8 | NOTICE *Petitioners Notice of Transfer by U.S. Judicial Panel on Multidistrict Litigation Pursuant to 28 U.S.C. § 1407* by Plaintiffs Raiser, LLC, Raiser−CA, LLC, Uber Technologies, Inc. (Attachments: # 1 Exhibit Exhibit A − JPML docket no. 168, # 2 Exhibit Exhibit B − JPML docket no. 171, # 3 Exhibit Exhibit C − MDL docket no. 4988)(Rohner, Daniel) (Entered: 01/13/2026) |
| 01/13/2026 | ï 9 | CERTIFIED COPY OF CONDITIONAL TRANSFER ORDER (CTO 12) from the Judicial Panel on Multidistrict Litigation pursuant to 28 USC 1407, transferring from District of Colorado, 25−mc−00121−NYW, to Northern District of California, to become part of MDL No. 3084 by Clerk on 1/13/2026. (ggill, ) (Entered: 01/13/2026) |
| 01/13/2026 | ï 10 | Interdistrict Transmittal of Documents via e−mail to Northern District of California at ecfhelpdesk@cand.uscourts.gov. to become part of MDL No. 3084. Text Only Entry (ggill, ) (Entered: 01/13/2026) |
| 01/16/2026 | ï 11 | ORDER REINSTATING STAY OF CONDITIONAL TRANSFER ORDER from the Judicial Panel on Multidistrict Litigation re: MDL No. 3084 dated 1/16/2026. (sphil, ) (Entered: 01/16/2026) |
| 02/03/2026 | ï 12 | BRIEF in Opposition to 7 MOTION for Extension of Time to File Response/Reply as to 1 MOTION to Compel filed by Petitioners Raiser, LLC, Raiser−CA, LLC, Uber Technologies, Inc.. (Rohner, Daniel) (Entered: 02/03/2026) |
| 02/04/2026 | ï 13 | AFFIDAVIT/RETURN of Service *Petitioners Proof of Service* of Subpoena Enforcement Motion upon Express Digital Services, LLC and Shawn Graft d/b/a Express Digital Services, LLC on |

| | | |
|---|---|---|
| | | 01/06/2026, filed by Petitioners Raiser, LLC, Raiser–CA, LLC, Uber Technologies, Inc. (Rohner, Daniel) (Entered: 02/04/2026) |
| 02/04/2026 | 14 | DECLARATION of *Daniel Cummings in Support of Petitioners Proof of Service* regarding Affidavit/Return of Service, 13 by Petitioners Raiser, LLC, Raiser–CA, LLC, Uber Technologies, Inc.. (Attachments: # 1 Exhibit A – Express Digital Services 2025 Periodic Report, # 2 Exhibit B – Express Digital Services 2026 Periodic Report, # 3 Exhibit C – 12.22.2025 Emails, # 4 Exhibit D – 12.22.2025 Out of Office Auto Email, # 5 Exhibit E – Xcel Outage Map 2025.12.22 453 pm CT, # 6 Exhibit F – Notice of Potential Tag–Along Action, # 7 Exhibit G – 12.23.2025 Service Email, # 8 Exhibit H – 12.23.2025 Out of Office Auto Email, # 9 Exhibit I – 12.23.2025 Email Acknowledging Receipt of Tag–Along Notice, # 10 Exhibit J – Affidavit of Service, # 11 Exhibit K – USPS Tracking Delivery Notification, # 12 Exhibit L – 01.09.2026 Email Accepting Service)(Rohner, Daniel) (Entered: 02/04/2026) |
| 02/04/2026 | 15 | MOTION to Clarify *Procedural Posture, Request for Status Conference, and Request to Set Briefing Schedule* by Respondents Express Digital Services, LLC, Shawn Graft. (Attachments: # 1 Declaration of Kelly H. Twigger, # 2 Exhibit A to Declaration of Kelly H.Twigger, # 3 Exhibit B to Declaration of Kelly H. Twigger, # 4 Exhibit C to Declaration of Kelly H. Twigger)(Twigger, Kelly) (Entered: 02/04/2026) |
| 02/06/2026 | 16 | BRIEF in Opposition to 15 MOTION to Clarify *Procedural Posture, Request for Status Conference, and Request to Set Briefing Schedule Petitioners Opposition to Respondents Motion for Clarification of Procedural Posture, Request for Status Conference, and Request to Set Briefing Schedule* filed by Petitioners Raiser, LLC, Raiser–CA, LLC, Uber Technologies, Inc.. (Rohner, Daniel) (Entered: 02/06/2026) |
| 02/18/2026 | 17 | MINUTE ORDER: This matter is before the Court on Respondents' 7 Motion for Extension of Time to Respond to Petition and 15 Motion for Clarification of Procedural Posture, Request for Status Conference, and Request to Set Briefing Schedule. Both Motions are **GRANTED in part** and **DENIED in part**.<br><br>Given the various filings in both this Court and in front of the MDL Panel, the Court **GRANTS** Respondents' request to clarify the procedural posture. The Court appreciates the confusion caused by the fact that on the same day as Respondents filed their 7 Motion for Extension of Time, the proceeding was transferred to the MDL Panel and this case was terminated. The Court clarifies that while the MDL Panel considers Respondents' Motion to Vacate the Conditional Transfer Order, *see* MDL No. 3084, ECF No. 177, this Court may consider Petitioners' 1 Motion to Transfer Proceeding to Enforce Subpoenas Duces Tecum Issued by the U.S. District Court for the Northern District of California to the Issuing Court or to Compel Compliance with the Subpoenas.<br><br>Accordingly, the Court **DENIES** Respondents' request to defer merits briefing pending the MDL Panel's consideration of the Motion to Vacate and **DENIES** Respondents' request for a telephonic status conference. Petitioners filed their 1 Motion to Transfer or Compel nearly two months ago, and the Court **SETS** the following briefing schedule: any opposition to the 1 Motion to Transfer or Compel is due March 11, 2026, and any reply is due March 25, 2026. Because the Parties are already presenting arguments to the MDL Panel about whether this proceeding should be transferred, the opposition and reply here are to address only the portion of the 1 Motion to Transfer or Compel regarding Petitioners' argument that the Court should order Respondents to comply with the subpoenas.<br><br>Additionally, within 5 days of the MDL Panel's decision on the Motion to Vacate, the Parties **SHALL FILE** a Joint Status Report notifying this Court of the decision. By Judge Nina Y. Wang on 2/18/2026. Text Only Entry(nywlc10, ) (Entered: 02/18/2026) |
| 03/11/2026 | 18 | BRIEF in Opposition to 1 MOTION to Compel filed by Respondents Express Digital Services, |

| | | |
|---|---|---|
| | | LLC, Shawn Graft. (Attachments: # 1 Declaration of Shawn Graft, # 2 Exhibit A to Declaration of Shawn Graft, # 3 Declaration of Kelly Twigger, # 4 Exhibit A to Declaration of Kelly Twigger, # 5 Exhibit B to Declaration of Kelly Twigger, # 6 Exhibit C to Declaration of Kelly Twigger, # 7 Exhibit D to Declaration of Kelly Twigger, # 8 Exhibit E to Declaration of Kelly Twigger)(Twigger, Kelly) (Entered: 03/11/2026) |
| 03/25/2026 | 19 | REPLY to Response to 1 MOTION to Compel *Petitioners Reply in Support of Motion to Transfer Proceeding to Enforce Subpoenas Duces Tecum Issued by the U.S. District Court for the Northern District of California to the Issuing Court or to Compel Compliance with Subpoenas (Dkt. 1) and Opposition to Respondents Request for Costs, Fees, and Sanctions (Dkt. 18)* filed by Petitioners Raiser, LLC, Raiser–CA, LLC, Uber Technologies, Inc.. (Rohner, Daniel) (Entered: 03/25/2026) |
| 04/02/2026 | 20 | CERTIFIED COPY OF TRANSFER ORDER from the Judicial Panel on Multidistrict Litigation pursuant to 28 USC 1407, transferring from District of Colorado, 25–mc–00121–NYW, to Northern District of Illinois, to become part of MDL No. 3084 by Clerk on 4/2/2026. (ggill, ) (Entered: 04/02/2026) |
| 04/02/2026 | 21 | Interdistrict Transmittal of Documents via e–mail to the Northern District of Illinois at InterdistrictTransfer_ILND@ilnd.uscourts.gov to become a part of MDL No. 3084. Text Only Entry (ggill, ) (Entered: 04/02/2026) |